*Garber, Thornton & Bishop,* for Respondent Dunn.

The COURT:

This Court has jurisdiction of the appeal. (Const., Art. vi, § 4; C. C. P., § 52.)

The indictment is fatally defective in at least two particulars: 1. It does not charge that the act complained of was done by the defendants as a "Board;" and, 2. It does not give the name of the party with whom the contract was made.

We think the demurrer was properly sustained, and the judgment is affirmed.

---

[No. 10,698.—Department Two.]
March 1, 1882.

## THE PEOPLE *v.* KALLOCH.

The COURT:

This case is like case 10,697, *supra* (same parties), and the judgment is affirmed on the authority of the opinion filed in the latter case.

---

[No. 10,699.—Department Two.]
March 1, 1882.

## THE PEOPLE *v.* KALLOCH.

The COURT:

Judgment affirmed on the authority of case No. 10,697, *supra* (same parties).

---

[No. 10,700.—Department Two.]
March 1, 1882.

## THE PEOPLE *v.* KALLOCH.

The COURT:

The judgment in this case is affirmed on the authority of case No. 10,697, *supra* (same title).